NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REYMUNDO V. REYES,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2026-1669

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-4523, Judge Amanda L. Meredith.

---

**O R D E R**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52 (d) and to file the required Entry of Appearance form by an attorney admitted to the bar of this court, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT



June 1, 2026
Date

Jarrett B. Perlow
Clerk of Court